IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01139-CMA-BNB | Date: | April 10, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| ADEMA TECHNOLOGIES, INC. d/b/a GLORIA SOLAR (USA) **Plaintiff(s)** | *Colin Ryne Hagan via telephone* *Douglas D. Koktavy* |
| v. | |
| PATRICIA EIFFERT IMAGINIT, INC. **Defendant(s)** | *Robert James Shilliday, III* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:03 a.m.

Appearance of counsel.

Discussion held on Motion to Compel Responses to Interrogatories and Production of Documents [30] filed on December 20, 2013 and Motion for an Extension of Time to Complete Discovery [29] filed on December 20, 2013.

Discussion held on Motion of Robert J. Shilliday III to Withdraw as Counsel for Defendants [34] filed on December 27, 2013.

**ORDERED: Motion to Compel Responses to Interrogatories and Production of Documents [30] is DENIED as MOOT.**

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

**ORDERED:  The Motion for an Extension of Time to Complete Discovery [29] is GRANTED.**

The Scheduling Order is amended as such:

>Discovery cut-off is extended to: July 30, 2014.
>Dispositive motion deadline is extended to: July 30, 2014.
>Parties shall designate principal experts no later than May 30, 2014.
>Parties shall designate all rebuttal experts no later than June 30, 2014.
>Final Pretrial Conference is set for October 1, 2014 at 10:00 a.m.
>Proposed Pretrial Order due: September 24, 2014.

**ORDERED:  The Motion of Robert J. Shilliday III to Withdraw as Counsel for Defendants [34] is DENIED as WITHDRAWN.**

Court in Recess: 9:13 a.m.            Hearing concluded.            Total time in Court:    00:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119