IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01139-CMA-BNB

ADEMA TECHNOLOGIES, INC., d/b/a Gloria Solar (USA),

Plaintiff,

v.

PATRINA EIFFERT, and
IMAGINIT, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's **Motion for an Extension of Time to Complete Discovery** [Doc. # 29, filed 12/20/2013] (the "Motion for Extension");

(2)     Plaintiff's **Motion to Compel Responses to Interrogatories and Production of Documents** [Doc. # 30, filed 12/20/2013] (the "Motion to Compel"); and

(3)     **Motion of Robert J. Shilliday III to Withdraw as Counsel for Defendants** [Doc. # 34, filed 12/27/2013] (the "Motion to Withdraw").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Extension [Doc. # 29] is GRANTED, and the case schedule is modified to the following extent:

          Discovery Cut-Off:              July 30, 2014

>   (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
>   Dispositive Motions Deadline:     July 30, 2014
>
>   Expert Disclosures:
>
>   (a)   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 30, 2014
>
>   (b)   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 30, 2014

Final Pretrial Conference: A final pretrial conference will be held in this case on October 1, 2014, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than September 24, 2014.

>   (2)   The Motion to Compel [Doc. # 30] is DENIED as moot.
>
>   (3)   The Motion to Withdraw [Doc. # 34] is DENIED as withdrawn.

Dated April 10, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge