IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01139-CMA-BNB

ADEMA TECHNOLOGIES, INC., d/b/a Gloria Solar (USA),

Plaintiff,

v.

PATRINA EIFFERT, and
IMAGINIT, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on plaintiff's **Motion to Strike Defendants' Answer** [Doc. # 63, filed

8/20/2014] (the "Motion to Strike").  I held a hearing on the Motion to Strike this afternoon and

made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Strike [Doc. # 63] is DENIED.

(2)     The Clerk of the Court is directed to accept for filing the defendants' Answer

[Doc. # 62].

(3)     To cure any surprise resulting from the defendants' late Answer, the case

schedule is modified t the following extent:

        • The discovery cut-off is extended to and including October 31, 2014, to allow

the plaintiff to obtain supplementation to its written discovery requests; and to allow either (i)

the Rule 30(b)(6) deposition of ImaginIt, Inc., or (ii) to reopen the deposition of Patrina Eiffert.

In either event, the deposition shall not exceed four hours in length.

• The final pretrial conference set for October 1, 2014, at 10:00 a.m., is

VACATED and RESET to November 13, 2014, at 3:30 p.m., in Courtroom 401, 4th floor,

Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial

Order shall be prepared by the parties and submitted to the court no later than November 6,

2014.

Dated September 16, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge