IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01139-CMA-BNB

ADEMA TECHNOLOGIES, INC., d/b/a Gloria Solar (USA),

Plaintiff,

v.

PATRINA EIFFERT, and
IMAGINIT, INC.,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Participate by Telephone in the Pre-Trial Conference** [docket no. 71, filed November 7, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff's out-of-state counsel, Colin Hagan, may appear telephonically for the Final Pretrial Conference set for November 13, 2014, at 3:30 p.m., Mountain Standard Time, by calling Chambers at the appropriate time at **303-844-6408**.

DATED:  November 10, 2014