# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01139-CMA-NYW

ADEMA TECHNOLOGIES, INC., d/b/a
GLORIA SOLAR (USA),

      Plaintiff,

v.

PATRINA EIFFERT, and
IMAGINIT, INC.,

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Adema Technologies, Inc. ("Plaintiff") Motion to Amend Witness and Trial Exhibit List [#91], filed April 20, 2015 ("Motion"). Pursuant to the Order of Reference [#4] dated May 3, 2013, and the Memorandum [#94] dated April 21, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE. Under D.C.COLO.LCivR 7.1(a), counsel for the moving party is (absent certain circumstances) required to confer with opposing counsel (or the opposing party, if unrepresented) to resolve any contested issue if possible in advance of filing any request for relief from the court. Under that Local Rule, a certificate of conferral is also required. The court instructs Plaintiff's counsel to meet-and-confer with opposing counsel for the Defendants in advance of any re-filing, and to include an appropriate certification to accompany any subsequent moving papers relating to potentially disputed matters.

DATED April 23, 2015.