IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01139-CMA-NYW

ADEMA TECHNOLOGIES, INC.,
d/b/a GLORIA SOLAR (USA),

    Plaintiff,

v.

PATRINA EIFFERT,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion for Summary Judgment (Doc. 128) of Christine M. Arguello entered on September 9, 2015, it is

    ORDERED that Defendant's Motion for Summary Judgment (Doc. 128) is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Patrina Eiffert and against Plaintiff Adema Technologies, Inc., d/b/a Gloria Solar (USA).  It is

    FURTHER ORDERED that Defendant Patrina Eiffert shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED September 9, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ V. Barnes
V. Barnes,
Deputy Clerk